UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWARD TURNER, | |
| Petitioner, | NO. CV-07-397-LRS |
| vs. | ORDER DISMISSING PETITION |
| DAN PACHOLKE, | |
| Respondent. | |

By Order filed May 27, 2008, the court advised Petitioner of the deficiencies of his First Amended Petition and directed him to amend within thirty (30) days. Mr. Turner, a prisoner at the Stafford Creek Corrections Center in Aberdeen, Washington, is proceeding *pro se* and *in forma pauperis*; Respondent has not been served. Petitioner did not comply with the court's directive and has filed nothing further in this action.

In the First Amended Petition, Mr. Turner failed to present any grounds for federal habeas relief, or supporting facts, as required by Rule 2(c), Rules Governing Section 2254 Cases in the United States District Courts. His reference to a state appellate brief was insufficient to show his conviction violated the Constitution, laws, or treaties of the United States. 28 U.S.C. § 2254.

ORDER DISMISSING PETITION -- 1

The Federal District Court cannot revisit the Washington Supreme Court's construction of state law. See Estelle v. McGuire, 502 U.S. 62, 67-68 (1991). It appears Petitioner's claim is founded on his belief that the Washington courts has misconstrued the criminal statute at issue in his case. This court, however, is precluded from second-guessing State Court construction of a state criminal statute on federal habeas review. Id.

The court has granted Petitioner two opportunities to amend his habeas petition to present federal grounds for relief. He has not done so. Accordingly, **IT IS ORDERED** the First Amended Petition (Ct. Rec. 8) is **DENIED without prejudice** for failure to present grounds for federal habeas relief, and supporting facts, as required by Rule 2(c), Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner at his last known address, and close the file.

**DATED** this ___3rd___ day of July, 2008.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PETITION -- 2